In the Matter of HERBERT N. ZACK, Appellant, v. CHESTER B. BATES et al., Constituting the Board of Appeals of the Village of Sands Point, Respondents.—

Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur; Munder, Acting P. J., dissents and votes to affirm the order.